FILED:  September 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1882
(3:24-cv-00906-JDA)

_____

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTH
CAROLINA

Plaintiff - Appellant

v.

BRYAN STIRLING, in his official capacity as Executive Director of the South
Carolina Department of Corrections

Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Columbia |
|---|---|
| Originating Case Number | 3:24-cv-00906-JDA |
| Date notice of appeal filed in originating court: | 09/09/2024 |
| Appellant(s) | American Civil Liberties Union Foundation of South Carolina |
| Appellate Case Number | 24-1882 |
| Case Manager | Kirsten Hancock 804-916-2704 |